1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDEN FAIR ASSOCIATES, L.P., a California limited partnership; FULCRUM PROPERTY CORP., a California corporation; and THE MACERICH COMPANY, a Maryland corporation d/b/a ARDEN FAIR; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02463-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144(a)]**<br><br>Complaint Filed:        Dec. 11, 2020<br>Complaint Served:    Dec. 21, 2020<br>Current Response Date:  Jan. 11, 2021<br>New Response Date:      Feb. 10, 2021 |
|---|---|

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendants Arden Fair Associates, L.P. and The Macerich Company shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to February 10, 2021.

**IT IS SO ORDERED**

DATED:  January 8, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE