UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDEN FAIR ASSOCIATES, L.P., a California limited partnership; FULCRUM PROPERTY CORP., a California corporation; and THE MACERICH COMPANY, a Maryland corporation d/b/a ARDEN FAIR; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02463-JAM-AC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144 (A)]**<br><br>Complaint Filed:      Dec. 11, 2020<br>Complaint Served:   Dec. 21, 2020<br>Current Response Date:  Feb. 10, 2021<br>New Response Date:   Mar. 12, 2021 |

1  In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendants Arden Fair Associates, L.P., The Macerich Company d/b/a Arden Fair, and FULCRUM PROPERTY CORP. shall have an additional extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to March 12, 2021.

**IT IS SO ORDERED**

DATED:  February 10, 2021           /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE